**Stan LABER, Plaintiff—Appellant,**

v.

**Donald RUMSFELD, United States Secretary of Defense, Defendant—Appellee.**

No. 03–2503.

United States Court of Appeals, Fourth Circuit.

Submitted April 30, 2004.

Decided May 21, 2004.

Stan Laber, Appellant pro se. Steven E. Gordon, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stan Laber appeals the district court's order granting summary judgment to the Defendant on Laber's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Laber v. Rumsfeld,* No. CA–03–170–A (E.D.Va. Oct. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*